UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOMINIC PETERSON,

          Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. 3:22-cv-05723-JHC

**ORDER AMENDING THE SCHEDULING ORDER**

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including August 31, 2023, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including September 14, 2023, to file a reply brief.

DATED this 27th day of July, 2023.

*John H. Chun*

John H. Chun
United States District Judge

- 1