UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOMINIC PETERSON,

               Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

Case No. 3:22-cv-05723-JHC

**ORDER AMENDING THE SCHEDULING ORDER**

This matter is before the Court on Defendant's unopposed Motion to Amend the Scheduling Order. Dkt. # 21. The motion is supported by Defendant's counsel's declaration that he requires a 14-day extension to file the response to Plaintiff's opening brief due to "workload issues." *Id*. at 1. The Court GRANTS the instant motion but will not grant any further extensions based on counsel's inability to manage his workload.

Accordingly, the Court AMENDS the Scheduling Order (Dkt. # 14) as follows:

- Defendant shall have up to and including September 14, 2023, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including September 28, 2023, to file a reply brief.

DATED this 30th day of August, 2023.

                                                John H. Chun
                                                United States District Judge